1  IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
2  M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
3  DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
4  SAL LIM (SBN 211836)
slim@feinday.com
5  YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
6  MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
7  **FEINBERG DAY ALBERTI & THOMPSON LLP**
401 Florence Street, Suite 200
8  Palo Alto, CA 94301
Telephone:  650.618.4360
9  Facsimile:   650.618.4368

10  Attorneys for Plaintiff
KGR IP LLC

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

| KGR IP LLC, | CASE NO.  CV 11-05586 CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| AMERICAN HONDA MOTOR CO., INC., | |
| Defendant. | |
| AMERICAN HONDA MOTOR CO., INC., | |
| Counterclaim Plaintiff, | |
| v. | |
| KGR IP LLC, | |
| Counterclaim Defendant. | |

It is hereby stipulated by and between Plaintiff KGR IP LLC ("KGR") and Defendant and

Counterclaimant American Honda Motor Co., Inc. ("Honda") that, pursuant to Fed. R. Civ. P. 41(a), the entire action shall be dismissed with prejudice, including the complaint filed by KGR and the counterclaims filed by Honda.  Each party shall bear its own costs and attorneys' fees.

Dated:  November 16, 2012

| KEKER & VAN NEST LLP | FEINBERG DAY ALBERTI & THOMPSON LLP |
|---|---|
| By:   /s/ Eugene M. Paige<br>    Eugene M. Paige<br>    Stacy Chen<br><br>    Attorneys for Defendant<br>    AMERICAN HONDA MOTOR<br>    CO., INC. | By:   /s/ Ian N. Feinberg<br>    Ian N. Feinberg<br>    M. Elizabeth Day<br>    David Alberti<br>    Sal Lim<br>    Marc Belloli<br><br>    Attorneys for Plaintiff<br>    KGR IP LLC |

IT IS SO ORDERED:

Dated:  November  20 , 2012

_____
Claudia Wilken, United States District Court Judge

-2-

## ATTESTATION

I, Ian N. Feinberg, am the ECF User whose ID and password are being used to file this Stipulation of Voluntary Dismissal with Prejudice. In compliance with General Order 45, X.B., I hereby attest that Eugene Paige has read and approved this Stipulation of Voluntary Dismissal with Prejudice. I will maintain an executed copy of this Stipulation of Voluntary Dismissal with Prejudice in our files that can be made available for inspection upon request.

Dated: November 16, 2012         FEINBERG DAY ALBERTI & THOMPSON LLP

                                 By: */s/ Ian N. Feinberg*
                                     Ian N. Feinberg

                                     Attorneys for Plaintiff
                                     KGR IP LLC