1  IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
2  M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
3  DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
4  SAL LIM (SBN 211836)
slim@feinday.com
5  YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
6  MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
7  **FEINBERG DAY ALBERTI & THOMPSON LLP**
401 Florence Street, Suite 200
8  Palo Alto, CA 94301
Telephone: 650.618.4360
9  Facsimile: 650.618.4368

10 Attorneys for Plaintiff
KGR IP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KGR IP LLC, | CASE NO. CV 11-05586 CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| AMERICAN HONDA MOTOR CO., INC., | |
| Defendant. | |
| AMERICAN HONDA MOTOR CO., INC., | |
| Counterclaim Plaintiff, | |
| v. | |
| KGR IP LLC, | |
| Counterclaim Defendant. | |

It is hereby stipulated by and between Plaintiff KGR IP LLC ("KGR") and Defendant and

Counterclaimant American Honda Motor Co., Inc. ("Honda") that, pursuant to Fed. R. Civ. P. 41(a), the entire action shall be dismissed with prejudice, including the complaint filed by KGR and the counterclaims filed by Honda.  Each party shall bear its own costs and attorneys' fees.

Dated:  November 16, 2012

KEKER & VAN NEST LLP

By:   */s/ Eugene M. Paige*
    Eugene M. Paige
    Stacy Chen

Attorneys for Defendant
AMERICAN HONDA MOTOR
CO., INC.

FEINBERG DAY ALBERTI & THOMPSON LLP

By:   */s/ Ian N. Feinberg*
    Ian N. Feinberg
    M. Elizabeth Day
    David Alberti
    Sal Lim
    Marc Belloli

Attorneys for Plaintiff
KGR IP LLC

IT IS SO ORDERED:

Dated:  November  20 , 2012

_____
Claudia Wilken, United States District Court Judge

**ATTESTATION**

I, Ian N. Feinberg, am the ECF User whose ID and password are being used to file this Stipulation of Voluntary Dismissal with Prejudice. In compliance with General Order 45, X.B., I hereby attest that Eugene Paige has read and approved this Stipulation of Voluntary Dismissal with Prejudice. I will maintain an executed copy of this Stipulation of Voluntary Dismissal with Prejudice in our files that can be made available for inspection upon request.

Dated: November 16, 2012             FEINBERG DAY ALBERTI & THOMPSON LLP

                                     By: */s/ Ian N. Feinberg*
                                         Ian N. Feinberg

                                         Attorneys for Plaintiff
                                         KGR IP LLC